Case 1:24-cv-02357-NG-TAM Document 9 Filed 08/08/24 Page 1 of 1 PageID #: 45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK ANDERSON, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

Paul Smith, Inc.,

    Defendant.

Case No: 1:24-cv-02357-NG-TAM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
           August 7, 2024

Melville, New York
August 8, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**JACKSON LEWIS, P.C.**

By: /s/ Adam Guttell
Adam Granek Guttell, Esq.
58 South Service Road, Suite 250
Melville, NY 11747
adam.guttell@jacksonlewis.com
*Attorneys for Defendant*

So Ordered.
/s/ (NG)
Oct. 2, 2024